Lisa Bloom, Esq. (SBN 158458)
Arick Fudali, Esq. (SBN 296364)
Alan Goldstein, Esq. (SBN 296430)
Tiffany Helfman, Esq. (SBN 313283)
THE BLOOM FIRM
26565 Agoura Road, Suite 200
Calabasas, CA 91302
Telephone: (818) 914-7319
Facsimile: (866) 852-5666
Lisa@TheBloomFirm.com
Arick@TheBloomFirm.com
Avi@TheBloomFirm.com
Tiffany@thebloomfirm.com
Attorneys for JANE DOE 3

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 3, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>PAUL MARCIANO, an individual, GUESS ?, INC., a California corporation, and DOES 1 through 25, inclusive.<br><br>            Defendants.<br>_____ | CASE NO.: 2:21-CV-08382<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff JANE DOE ("Jane Doe 3") brings the instant action against Defendants PAUL MARCIANO ("Marciano"), GUESS ?, INC. ("GUESS"), and DOES 1 through 25, and alleges as follows:

## INTRODUCTION

1. GUESS has known for over a decade that Paul Marciano is a recidivist sexual predator, and has chosen to harbor and enable him as he devastates women's lives. Instead of listening to at least eleven women who went on the record against its Founder, Board member and Chief Creative Officer, GUESS has kept Marciano at its helm, allowing him to continue to use his prestigious position to lure, entice and sexually assault more young female models. For example, GUESS kept Marciano after a model filed a public lawsuit against him in 2009 revealing that he "wanted to take her right there," and fondled her breasts and buttocks.

2. GUESS prioritizes profits over the safety of its models. It has kept Marciano as an executive with frequent access to them, wielding make-or-break power over their careers.

3. This decision directly led to his access to Jane Doe 3, an aspiring GUESS model, in February 2013, including getting her alone in his hotel room on the pretense of advancing her modeling career, and sexually assaulting her there, leaving her emotionally devastated.

## PARTIES

4. Jane Doe 3, an alleged victim of sex trafficking and molestation, has been identified by pseudonym because this matter is of a highly sensitive and personal nature, and public disclosure of her identity may subject her to further embarrassment, shame, and emotional harm. Defendants have been made aware of Jane Doe 3's identity.

2

COMPLAINT                                                                      JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.

5. Jane Doe 3 is, and at all times herein mentioned was, an individual residing in the County of Los Angeles, California.

6. Jane Doe 3 is informed and believes and thereon alleges that Defendant GUESS ?, INC. is, and at all times relevant herein, a California corporation that was doing substantial business in the County of Los Angeles, State of California. GUESS employs more than five employees within the meaning of California Government Code § 12926 and is thus subject to suit under FEHA, Government Code section 12900, *et seq*.

7. Jane Doe 3 is informed and believes and thereon alleges that Defendant PAUL MARCIANO is, and at all times herein mentioned was, an individual residing in the County of Los Angeles. Jane Doe 3 is informed and believes that, at all relevant times herein, Marciano was the Founder and Chief Creative Officer of GUESS.

8. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants Does 1 through 25, inclusive, are unknown to Jane Doe 3 at this time. Jane Doe 3 therefore sues said defendants by such fictitious names. When the true names and capacities of said defendants are ascertained, Jane Doe 3 will seek leave of court to amend this Complaint to allege their true names and capacities. Jane Doe 3 is informed and believes and thereon alleges that each defendant designated herein as a Doe is responsible in some manner for each other defendant's acts, omissions, and for the resulting injuries and damages to Jane Doe 3, as alleged herein.

## VENUE

9. Venue is proper as Defendants conduct business in Los Angeles County. Jane Doe 3 is informed and believes that Marciano resides in Los Angeles County. Jane Doe 3 also provided services to GUESS in Los Angeles County and some of the tortious conduct alleged herein occurred in Los Angeles County.

# FACTUAL ALLEGATIONS

## GUESS KNEW THAT MARCIANO SEXUALLY ASSAULTED AND HARASSED MANY OTHER GUESS MODELS

10. Marciano holds himself out as a fashion icon with an eye for modeling talent. As co-founder of GUESS, he is famous for handpicking up-and-coming models to be "Guess Girls," i.e., prestigious models for GUESS who often go on to successful and lucrative modeling careers. Yet Marciano is a serial predator who uses his prestigious title at fashion powerhouse GUESS to entice models with promises of career advancement and then forcefully grope and rape them. GUESS has had notice of Mr. Marciano's sexual misconduct for over a decade, but has done nothing to protect women from his frequent predations.

11. Eileen Toal, the former girlfriend of Marciano's brother (Maurice Marciano), alleged that Paul Marciano sexually assaulted her in 1983 when she was eighteen years old. She alleged that Paul Marciano was giving her a lift in his car in order for her to retrieve her car that she left at her boyfriend's house when Paul Marciano allegedly assaulted her in his car. In an interview with the *Daily Beast*, she recalled the alleged incident with Paul Marciano in harrowing detail:

> "We're leaving the store and getting into his car, a red Ferrari, a Ferrari 308, in the back parking lot. I think he's reaching for his keys and he was actually unzipping his pants and he was fully erect at that time. I turned my head towards the dashboard of the car. He is pushing my face, rubbing it up and down, and I kept saying, 'You're supposed to be taking me to your brother's…. It was less than a minute and he had his forearm on my head as I was trying to get out and he ejaculated. He ejaculated on my hair, and behind him in the car there was a hand towel—like it was all planned. He gave me a hand towel to wipe myself off. I said nothing."

12. In 2009, Lindsey Ring, a former fit model for GUESS, filed suit against GUESS and Marciano in Los Angeles. She alleged in her lawsuit that Marciano "would run his hands up and down her breasts and her buttocks," and would "lean in close to her and whisper that he wanted to 'take her right there,' that he was upset she was married, that she was beautiful and that he wanted to kiss her." She reported the matter to GUESS' human resources, and was told "This is not the first time this has happened with Mr. Marciano." Then her hours were reduced. GUESS took no action against Marciano, who remained in his position.

13. Between 2012 and 2017, Marciano sexually assaulted four more women he encountered through his work at GUESS, all of whom complained about his conduct in early 2018. Each of these four women alleged that Marciano groped her breasts, forced her to perform a sex act, or both. One of these four women filed a police report against Marciano for sexual assault. In 2018, GUESS reached a financial settlement with each of these four women.

14. In early 2018, yet another woman complained to GUESS about Marciano sexually assaulting her. Guess reached a financial settlement with this woman as well.

15. After these five sexual assault settlements in 2018, Guess again took no action against Marciano, who remained in his position. Upon information and belief, other women came forward to complain about Marciano over the years but Guess never adequately investigated.

16. In January 2018, yet another woman, Kate Upton, an actor and three-time Sports Illustrated cover model, revealed on Instagram and Twitter that Marciano had sexually assaulted and sexually harassed her. Ms. Upton said that Marciano had grabbed her breasts, thighs, shoulders and other body parts, and kissed her face and neck during a meeting after her first photo shoot with GUESS.

5

COMPLAINT                                             JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.

17. Faced with an onslaught of negative media attention after Ms. Upton's brave revelation, GUESS announced it would conduct an "impartial investigation." It did not. Instead, GUESS hired two large corporate law firms known for representing celebrities and companies accused of misconduct – one, O'Melveny & Myers, defends GUESS against sexual misconduct complaints to this day. These law firms represented a committee of GUESS' directors, which then had an ethical obligation to zealously represent their interests as fiduciaries to GUESS and protect the company. The biased investigation ignored multiple women's heartbreaking stories of the pain Marciano's groping and assaults caused to them, and spun all facts in Marciano's and GUESS' favor. In the lawyerly language of euphemism and cover-up, the "investigators" announced only that Marciano "exercised poor judgment in his communications with models and photographers," and that Marciano "placed himself in situations in which plausible allegations of improper conduct could, and did, arise."

18. In June 2018, Marciano resigned as Executive Chairman of the GUESS board, however he was not stripped of his Chief Creative Officer title, nor was he forced to resign as a board member for the remainder of his contract which was set to expire in January 2019.  In January 2019, Guess announced that it would be renewing Marciano's contract and he would continue as a board member and Chief Creative Officer. He remains in that position today.

19. In 2021, Jane Doe 1, a Guess model, filed a lawsuit against Marciano accusing him of groping her in work meetings and ultimately tricking her into being alone with him in his "rape room" and sexually assaulting her there. Jane Doe 1 complained to Guess Human Resources and thereafter was never booked again.

20. Also in 2021, Jane Doe 2, another Guess model, complained to Guess' board that Paul Marciano had sexually harassed her by asking her to kiss him and

touching her skin. Thereafter she was never booked again. Jane Doe 2 has also filed a lawsuit for sexual harassment and retaliation.

///

### GUESS' INTEREST IN JANE DOE 3 IS HER CAREER DEFINING MOMENT

21. Marciano is a towering figure in the world of fashion and modeling, having made the careers of many models and rocketed them to stardom. For example, in 1992, Marciano made stripper Anna Nicole Smith a GUESS girl, launching a career that led to major modeling contracts, celebrity status and film roles. Supermodel Claudia Schiffer was a GUESS girl, as is supermodel Gigi Hadid. Major A-list celebrities like Drew Barrymore and Jennifer Lopez model for GUESS. For an aspiring model, the chance to model for GUESS is an opportunity to go from obscurity to major career success.

22. In February 2013, Jane Doe 3, then aged twenty, met a woman associated with Marciano and/or GUESS at a hotel when she was visiting in Los Angeles. Upon information and belief, this woman worked for or was an agent for GUESS and Marciano. When Jane Doe 3 mentioned that she was a model, this woman gave her Marciano's contact information and told her to contact Marciano who would be able to help Jane Doe 3 get modeling jobs. Upon information and belief, this woman knew that Marciano often held private meetings with models and prospective models and he forced them to have sex with them by promising them modeling opportunities with GUESS.

23. Jane Doe 3 reached out to Marciano and, after a series of text messages, he invited her to meet him at a hotel in Beverly Hills. Marciano told Jane Doe 3 that he wanted to meet with her to see if she could model for GUESS and be featured on GUESS billboards. Jane Doe 3 was very excited about this opportunity.

24. Marciano instructed Jane Doe 3 that when she arrived, she was to go straight to his hotel room. Jane Doe 3 found this slightly odd, but she followed his directions, reasonably believing that the meeting was a casting. Jane Doe 3 entered Marciano's hotel suite and Marciano invited her into the living room area for tea. Jane Doe 3 told Marciano that she loved GUESS' brand and would love to model for them. Marciano told her that he would book her for some photoshoots at GUESS. Jane Doe 3 thanked him and said she was looking to get more into modeling.

### MARCIANO SEXUALLY ASSAULTS AND HARASSES JANE DOE 3

25. Marciano then asked Jane Doe 3 to stand up and pull her dress up so he could see what kind of body she had. Jane Doe 3 did not know what to do, but believed this might still be part of the casting. She pulled her dress up to her stomach so that her underwear was exposed. Under the guise of pretending to evaluate her body for potential modeling jobs, Marciano then groped her buttocks without her consent and commented that she had a nice body and that he could tell she worked out. He then, without her consent, moved his hands up to her breasts and said she had "beautiful boobs." Jane Doe 3 was shocked and started to get scared. She feared saying no to him as she wanted to get the job with GUESS. She also was not a United States resident at this point, and feared what would happen to her tourist visa if Marciano lashed out against her.

### MARCIANO SEXUALLY ASSAULTS JANE DOE 3

26. Marciano then told Jane Doe 3 to come with him to talk about the billboard for GUESS in his bedroom. Jane Doe 3 politely declined and she said she wanted to stay with her tea in the living room. Marciano said to her, "if you sleep with me, I'm going to give you a billboard in Milan and a lot of campaigns" and "all you have to do is come to the room with me." He told her that he would make her the next GUESS girl, and said that he had discovered Kate Upton. Jane

8

COMPLAINT                                                    JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.

1  Doe 3 told him that she was not comfortable going to the bedroom and that she
2  knew that he was married and had a child.  Marciano responded, "exactly, I have a
3  kid.  I'm really clean; if you sleep with me without a condom, you will be ok."

4  27. Marciano finally coerced Jane Doe 3 to come to the bedroom, telling
5  her: "well my dear, either you go through with this or don't get the job."  Jane
6  Doe 3 felt trapped and scared.  She was only twenty years old at the time.
7  Marciano forcefully pushed her face down on the bed, forcefully pulled her dress
8  up, and forcefully pulled down her underwear, and forced himself inside of her.
9  Marciano raped Jane Doe 3 for approximately five minutes.  During the rape, Jane
10 Doe 3 froze out of fear and did not say anything.  Marciano did not use a condom.

11 28. After the sexual assault, Marciano told Jane Doe 3 to go to GUESS
12 headquarters and that he would book her for GUESS campaigns and billboards,
13 and she would become a GUESS model.  Jane Doe 3 left the hotel confused and
14 depressed.  She genuinely thought that the meeting was a casting, but had instead
15 been sexually assaulted.  She became extremely worried and anxious that
16 Marciano had transmitted a disease to her because he did not use a condom, and
17 got tested when she returned to New York.

18 29. GUESS booked Jane Doe 3 for two test shoots at GUESS headquarters
19 in Los Angeles in February and March 2013.  Jane Doe 3 was relieved that
20 Marciano was not present at either shoot. A few days after the second photoshoot,
21 in March 2013, a GUESS secretary called Jane Doe 3 and told her that she had not
22 been chosen for the campaign and would not be featured on any billboards.
23 GUESS never paid Jane Doe 3 for the shoots.  The photos from the test shoots
24 were never used by GUESS.  GUESS never booked Jane Doe 3 for a modeling
25 job, campaign, or billboard.

26 30. As a result of the sexual assault and Marciano's deception, Jane Doe 3
27 developed severe anxiety, stress and depression, she became emotionally
28

9

COMPLAINT                                          JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.

withdrawn and she suffered from bulimia and insomnia. As a further result, she became easily angered and, at times, aggressive, and she experienced many panic and asthma attacks.

## LEGAL CLAIMS
## COUNT I
## Violation of The Trafficking Victims Protection Act (18 U.S.C. §1591)
### (All Defendants)

31. Jane Doe 3 repeats and re-alleges each and every allegation set forth in paragraphs 1-30 as if set forth in full herein.

32. Marciano and GUESS knowingly recruited and enticed Jane Doe 3 by inviting her to a hotel room under the guise of helping her modeling career.

33. Marciano knowingly used fraud to coerce Jane Doe 3 to pull up her dress, under the guise of evaluating her body as a potential GUESS model, so that he could sexually assault her.

34. Marciano and GUESS knowingly used fraud to entice Jane Doe 3 to come into the bedroom under the guise of offering her the career opportunity of being on a GUESS billboard.

35. Marciano knowingly used force to sexually assault and rape Jane Doe 3 once he had coerced her into his bedroom under the guise of promises of modeling opportunities and career success. The fraud and force were used to cause, or designed to bring about, the sex act. And Marciano was aware and intended that that the fraud and force would cause the sex act.

36. Marciano and GUESS knowingly used fraud to recruit and entice Jane Doe 3 into a forced commercial sex act in exchange for promises of career gain.

37. Marciano has a history of allegations against him of the substantially same sex trafficking scheme he perpetrated on Jane Doe 3.

38. Marciano's and GUESS' invitation to Jane Doe 3, an aspiring model, aroused Jane Doe 3's reasonable expectation of receiving modeling opportunities at GUESS.

39. During the meeting, Marciano made material promises and assurances that he could and would help Jane Doe 3's careers if she complied with what Marciano wanted her to do. Marciano told her "if you sleep with me, I'm going to give you a billboard and a lot of campaigns," "all you have to do is come to the room with me," and told her that he would make her a "GUESS girl."

40. Marciano's promises, on behalf of GUESS, were made in relation to the modeling industry, which affects interstate commerce. Marciano's exchange of modeling opportunities, both real and fraudulent, for sex acts has a substantial effect on interstate commerce.

41. Due to Marciano's and GUESS' power and prominence in the fashion/modeling industry, Jane Doe 3 reasonably relied upon the promises and offers made by Marciano. In fact, Jane Doe 3 only accepted Marciano's and GUESS' invitation because she understood the invitation to be an opportunity for career advancement and commercial gain. Jane Doe 3 reasonably believed that she needed to cooperate with Marciano's sexual advances in order to work for GUESS and Marciano's fraudulent promises caused her to engage in a sexual act. Although Jane Doe 3 submitted to Marciano's sexual assault, Marciano and GUESS did not follow through with Marciano's promises of booking her for a GUESS campaign or GUESS billboard, demonstrating that the promises were fraudulent.

42. Marciano's *modus operandi* was to invite or have GUESS invite aspiring GUESS models to a private residence or hotel room under the guise of auditioning the prospective models and to demand and force sexual relations once inside the private residence or hotel room. The combination of the fraudulent

11

COMPLAINT   JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.

audition and empty promises of career advancement was routinely utilized by Marciano to engage in commercial sex acts with aspiring models.

43. Marciano's *modus operandi* of setting up auditions was for the purpose of his own sexual gratification.

44. Marciano and GUESS recruited and enticed Jane Doe 3 with the promise of a GUESS test shoot and an appearance on a GUESS billboard by using their considerable influence in the modeling/fashion industry.

45. Marciano and GUESS knew, or recklessly disregarded the fact, that Marciano would use means of force, threats of force, fraud, or coercion to cause Jane Doe 3 to engage in a commercial sex act.

46. Jane Doe 3 submitted to Marciano's demand for sex because she believed it was a prerequisite to modeling for GUESS.

47. Marciano intended that his fraud and force cause a sex act to take place.

48. Jane Doe 3's meeting with Marciano and Jane Doe 3's reasonable expectation of getting modeling work from GUESS in the future were both things of value to Jane Doe 3.

49. It was well known in the modeling industry that all Marciano had to do was choose a particular model or aspiring model for a prominent campaign and that model would achieve immediate success.

50. Once Marciano and GUESS had knowingly enticed Jane Doe 3 to appear at the audition, Marciano then engaged in a commercial sex act with Jane Doe 3 by forcing sexual acts in exchange for fraudulent promises of career advancement.

51. Given Marciano's position as the Founder and Chief Creative Officer of GUESS, Marciano's knowledge of his role in this sex trafficking scheme is imputed to GUESS.

12

COMPLAINT                                                             JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.

52. GUESS has known about Marciano's predatory behavior since at least 2008, and possibly since 1993, yet it has refused to fire Marciano and refused to warn its models or aspiring models that GUESS is employing a sexual predator. GUESS has done nothing to limit Marciano's access to these models or aspiring models, including Jane Doe 3.  GUESS has therefore affirmatively enabled him to continue to prey on young female models and aspiring models, including Jane Doe 3.  GUESS knew that Marciano engaged in a pattern and practice of luring women into meeting with him and forming a relationship with him and then engaging in sexual acts with them. GUESS knew that Marciano had previously sexually harassed and assaulted GUESS models and prospective GUESS models and knew that Jane Doe 3 could have been Marciano's victim. GUESS is thus directly liable and vicariously liable for Marciano's sexual misconduct toward Jane Doe 3.

53. Upon information and belief, GUESS knowingly solicited models and prospective models to sexually submit to Marciano's sexual advances in exchange for test shoots, jobs and/or other opportunities with GUESS.

54. Upon information and belief, GUESS rewarded models and prospective models who sexually submitted to Marciano's sexual advances by providing them with modeling test shoots, jobs and/or other opportunities with GUESS and/or by providing them with valuable GUESS gift cards.

55. Upon information and belief, GUESS assisted Marciano in issuing Jane Doe 3 empty promises to help her career.

56. Upon information and belief, GUESS also repeatedly provided Marciano the avenues and locations for the commercial sex acts to take place, such as by paying for the use of hotel rooms and private residences wherein Marciano sexually assaulted models or prospective models, including Jane Doe 3.

13

COMPLAINT                                                          JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.

57. GUESS participated in Marciano's sex-trafficking venture by knowingly assisting and facilitating Marciano with the resources and authority to engage in the sexual relationships, harassment, and assaults and by helping to clean up after and cover up the sexual relationships, harassment, and assaults, including entering into nondisclosure agreements with women victimized by Marciano's sexual predation.

58. Upon information and belief, the model who approached Jane Doe 3 and who provided Jane Doe 3 with Marciano's contact information in order to initiate the sexual encounter between Marciano and Jane Doe 3 was employed by GUESS or was an agent of GUESS and Marciano. 59. Upon information and belief, GUESS assisted Marciano in issuing Jane Doe 3 false promises to help her career with no intention to actual help her. Essentially, Marciano secured GUESS and its executives' complicity in his sexual encounter with Jane Doe 3 as condition for future GUESS modeling work.

59. GUESS was aware, at the initial recruitment and enticement stage, that certain prohibited means will be employed to achieve a perverse end goal: a commercial sex act. GUESS recruited Jane Doe 3 with the knowledge that certain statutorily-prohibited means would be used to cause Jane Doe 3 to engage in a sex act.

60. GUESS provided Marciano with substantial assistance in recruiting and enticing models such as Jane Doe 3 to meet privately with Marciano.

61. But for GUESS' substantial assistance in recruiting and enticing models such as Jane Doe 3 to meet privately with Marciano, Marciano would not have been in position to force commercial sex acts with Jane Doe 3 and other models.

62. GUESS knowingly benefited from participation in the venture because GUESS received value from Marciano's name, goodwill and services and benefited financially from his continued employment. GUESS also knowingly

benefitted from the stream of available models and aspiring models that Marciano booked in exchange for sex. GUESS knowingly benefited and profited off of the images of models that were exploited by GUESS and Marciano in exchange for sex with Marciano. GUESS formed a "symbiotic relationship" with Marciano and benefitted from a "happy" Marciano. GUESS wanted to continue to reap financial benefits from Marciano and the use of his name, so it knowingly enabled, assisted with and concealed his sex trafficking of Jane Doe 3 and others.

63. GUESS's agents, employees, and representatives did not just look the other way – though they did that, too. Upon information and belief, GUESS's agents, employees, and representatives assisted Marciano to meet prospective GUESS models, like Jane Doe 3, in private locations secured by GUESS where he can have sex with them. Upon information and belief, GUESS's agents, employees, and representatives equipped Marciano with valuable GUESS gift cards so that after these sexual encounters, Marciano and GUESS can buy the prospective models' silence and conceal Marciano's actions by having Marciano issue them said GUESS gift cards.

64. By providing Marciano with the authority and resources to engage in sexual misconduct, GUESS approved and ratified Marciano's sexual misconduct, thus permitting him to remain employed by GUESS.

65. Had GUESS refused to provide Marciano with the authority and resources to facilitate his sexual acts, Marciano would likely not have remained employed at GUESS and GUESS would have suffered severe financial consequences if he left.

66. GUESS benefited from their own participation in the sex trafficking scheme because its participation allows GUESS to continue to use the Marciano name on GUESS products and GUESS advertising, all of which financially benefit GUESS.

15

COMPLAINT                                                                 JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.

67. GUESS also benefited from their own participation in the sex trafficking scheme because its participation allowed GUESS to display the models and prospective models that submitted to Marciano's sexual advances in photo shoots, campaigns and other GUESS images which helps draw consumer attention to its brand, its name (and Marciano's name) and its products.

68. As a direct and proximate result of Marciano's and GUESS' unlawful conduct as alleged hereinabove, Jane Doe 3 has suffered physical injury, severe emotional distress, humiliation, embarrassment, mental and emotional distress and anxiety, economic harm and other consequential damages.

69. As a result of Marciano's and GUESS' heinous and willful conduct, Jane Doe 3 is entitled to compensatory damages, punitive damages, attorney's fees, costs, and all other appropriate relief.

## PRAYER FOR RELIEF ON CLAIMS

WHEREFORE, Jane Doe 3 prays that this Court:

A. Award Jane Doe 3 all of her damages under The Trafficking Victims Protection Act 18 U.S.C. §1595, the civil remedy for violation of The Trafficking Victims Protection Act 18 U.S.C. §1591, and common law, including compensatory damages and punitive damages in an amount to be determined at trial.

B. Award Jane Doe 3 all attorneys' fees, costs and expenses available under law;

C. Award Jane Doe 3 all pre-judgment interest and post judgment interest available under law; and

D. Award Jane Doe 3 such additional and further relief as this Court may deem just and proper.

COMPLAINT    *JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.*

# JURY DEMAND

Jane Doe 3 demands a trial by jury on all issues triable of right by jury.

DATED: October 22, 2021                  Respectfully submitted,

**THE BLOOM FIRM**

By: */s/ Lisa Bloom*
Lisa Bloom
Arick Fudali
Alan Goldstein
Tiffany Helfman
Attorneys for Jane Doe 3

COMPLAINT                                    JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.