Lisa Bloom, Esq. (SBN 158458)
Arick Fudali, Esq. (SBN 296364)
Alan Goldstein, Esq. (SBN 296430)
Tiffany Helfman, Esq. (SBN 313283)
**THE BLOOM FIRM**
26565 Agoura Road, Suite 200
Calabasas, CA 91302
Telephone: (818) 914-7319
Facsimile: (866) 852-5666
Lisa@TheBloomFirm.com

Attorneys for JANE DOE 3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 3, an individual,<br><br>                 Plaintiff,<br><br>     v.<br><br>PAUL MARCIANO, an individual, GUESS ?, INC., a California corporation, and DOES 1 through 25, inclusive.<br><br>                 Defendants. | CASE NO.: 2:21-CV-08382<br><br>**FIRST AMENDED COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C<br><br>Original Complaint Filed: October 22, 2021 |

Plaintiff JANE DOE 3 ("Jane Doe 3") brings the instant action against Defendants PAUL MARCIANO ("Marciano"), GUESS ?, INC. ("GUESS"), and DOES 1 through 25, and alleges as follows:

## INTRODUCTION

1. Paul Marciano is a serial sex trafficker and rapist.

2. GUESS is a sex trafficking business disguised as a fashion brand.

3. Both Marciano and GUESS have employed sex trafficking schemes for decades in order to recruit, rape, and exploit models.

4. GUESS has known for decades that Paul Marciano is a recidivist sexual predator and sex trafficker, and has chosen to harbor him, enable him, and facilitate his sex trafficking scheme. Instead of listening to at least eleven women who went on the record against its Founder, Board member, Chief Operating Officer and Chief Creative Officer, GUESS has silenced his victims, kept Marciano at its helm, and continued to help him use his prestigious position to lure, recruit, entice and sexually assault more young female models.

5. GUESS prioritizes Marciano's sexual gratification and happiness over the safety of its models. GUESS also prioritizes its own profits and allegiance to Marciano over the safety of its models. It has kept Marciano as an executive and provided him with frequent and unfettered access to models despite decades of allegations of sexual misconduct against Marciano.

6.      GUESS and Marciano have, for decades, practiced, used, honed, and perfected their sex trafficking scheme as a means of recruiting and enticing models under the guise of potential GUESS modeling campaigns in order for Marciano to fraudulently and forcefully sexually assault them, and then serve them up to GUESS as broken-down, vulnerable, and exploitable models.

7.      This sex trafficking scheme by Marciano and Guess was used on Jane Doe 3, an aspiring GUESS model, in February 2013.

## PARTIES

8.      Jane Doe 3, an alleged victim of sex trafficking and molestation, has been identified by pseudonym because this matter is of a highly sensitive and personal nature, and public disclosure of her identity may subject her to further embarrassment, shame, and emotional harm. Defendants have been made aware of Jane Doe 3's identity.

9.      Jane Doe 3 is, and at all times herein mentioned was, an individual residing in the County of Los Angeles, California.

10.     Jane Doe 3 is informed and believes and thereon alleges that Defendant GUESS ?, INC. is, and at all times relevant herein, a California corporation that was doing substantial business in the County of Los Angeles, State of California. GUESS employs more than five employees within the meaning of California

*Jane Doe 3 v. Guess ?, Inc., Paul Marciano, et al.*
CASE NO.: 2:21-CV-08382

Government Code § 12926 and is thus subject to suit under FEHA, Government Code section 12900, *et seq.*

11.     Jane Doe 3 is informed and believes and thereon alleges that Defendant PAUL MARCIANO is, and at all times herein mentioned was, an individual residing in the County of Los Angeles. Jane Doe 3 is informed and believes that, at all relevant times herein, Marciano was the Founder and Chief Creative Officer of GUESS.

12.     The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants Does 1 through 25, inclusive, are unknown to Jane Doe 3 at this time. Jane Doe 3 therefore sues said defendants by such fictitious names. When the true names and capacities of said defendants are ascertained, Jane Doe 3 will seek leave of court to amend this Complaint to allege their true names and capacities. Jane Doe 3 is informed and believes and thereon alleges that each defendant designated herein as a Doe is responsible in some manner for each other defendant's acts, omissions, and for the resulting injuries and damages to Jane Doe 3, as alleged herein.

## **VENUE**

13.     Venue is proper as Defendants conduct business in Los Angeles County. Jane Doe 3 is informed and believes that Marciano resides in Los Angeles

---

4

County. Jane Doe 3 also provided services to GUESS in Los Angeles County and some of the tortious conduct alleged herein occurred in Los Angeles County.

**FACTUAL ALLEGATIONS**

**MARCIANO'S KNOWN HISTORY OF SEXUAL MISCONDUCT AND SEX TRAFFICKING**

14.     Marciano holds himself out as a fashion icon with an eye for modeling talent. As co-founder of GUESS, he is famous for handpicking up-and-coming models to be "Guess Girls," i.e., prestigious models for GUESS who often go on to successful and lucrative modeling careers. Yet Marciano is a serial predator who uses his prestigious title at fashion powerhouse GUESS to entice models with promises of career advancement and then forcefully grope and rape them. GUESS has been aware of Marciano's sexual misconduct for years, but instead of protecting women, has facilitated Marciano's sexual exploitation to GUESS's benefit.

15.     Marciano is a towering figure in the world of fashion and modeling, having made the careers of many models and rocketed them to stardom. For example, in 1992, Marciano made stripper Anna Nicole Smith a GUESS girl, launching a career that led to major modeling contracts, celebrity status and film roles. Supermodel Claudia Schiffer was a GUESS girl, as is supermodel Gigi Hadid. Major A-list celebrities like Drew Barrymore and Jennifer Lopez model for

///

GUESS. For an aspiring model, the chance to model for GUESS is an opportunity to go from obscurity to major career success.

16.     Since 1983, Marciano and GUESS have harassed, assaulted, and used their sex trafficking scheme on countless women. Below are just fourteen such stories.

17.     In or about 1983 Marciano sexually assaulted Victim 1 when she was eighteen years old. An employee of Paul Marciano and Maurice Marciano, Victim 1 was recruited and enticed by both Maurice Marciano and Paul Marciano with promises of career advancement and she became Maurice Marciano's "girlfriend". One evening, Paul Marciano was giving her a lift in his car in order for her to retrieve her car that she left at Maurice's house when Paul Marciano pulled out his penis and sexually assaulted her in his car.

18.     Following this incident, Victim 1 complained to Maurice Marciano. Maurice responded with something to the effect of "that is Paul being Paul".

19.     In or about 1993, a sexual misconduct case was filed on behalf of Victim 2, Victim 3, and Victim 4 against Marciano and GUESS.

20.     In or about 2002, Marciano contacted Victim 5, a seventeen-year old model and asked her to meet him at his Downtown Los Angeles office. Marciano explained to Victim 5 the benefits of being a GUESS model and later invited her to his home for a "test shoot". This was a great opportunity for Victim 5's young

career. Once she arrived, Marciano took photographs of her and then groped her breast and placed his mouth on her breast without her consent. The model reminded Marciano that she was only seventeen years old and rebuffed his advances. Victim 5 never heard from Marciano or GUESS again.

21.     In or about 2000-2007, Victim 6 was building her own fashion brand. During this time, Marciano recruited and enticed her to GUESS' office on multiple occasions to discuss her brand, which was a great opportunity for Victim 6. On one occasion, Marciano isolated her in the GUESS kitchen and molested Victim 6. Marciano then used a similar tactic multiple more times to recruit and entice Victim 6 to be alone with Marciano to discuss business and used those opportunities to force himself upon her sexually.  The final incident between Marciano and Victim 6 took place in 2007.

22.     In or about 2008, Marciano recruited and enticed Victim 7, a former fit model for GUESS, by inviting her to "special private fittings" so that he could select designs for the upcoming season. The chance to have private fitting sessions with the fashion mogul and CEO/Founder of Guess was a great career opportunity for Victim 7. Under the fraudulent guise of these "special private fittings", Marciano committed sexually assaultive acts against Victim 7 by running his hand up and down her breast and buttocks, fraudulently pretending to "feel the fabric".

FIRST AMENDED COMPLAINT

*JANE DOE 3 V. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

23.     On another occasion, Marciano enticed Victim 7 to be alone with him, under the guise of an invitation to a private storage area so that he could get her "input" on a new pair of shorts. The opportunity to provide fashion advice to the CEO/Founder of Guess was a great career opportunity for Victim 7. Once alone with Victim 7, Marciano forced himself on to her, grabbed her, put his arms around her, and began kissing her against her will.

24.     Victim 7 reported the sexual assaults to GUESS' human resources, and was told "This is not the first time this has happened with Mr. Marciano." Then, in retaliation, her hours were reduced. GUESS took no action against Marciano, who remained in his position.

25.     In 2009, Victim 7 filed a public lawsuit against GUESS, alleging the sexual acts against Marciano.

26.     In response to the lawsuit, and in disregard to this knowledge, GUESS continued to provide Marciano with unfettered access to models and continued to pay for and facilitate the means of his sex trafficking scheme.

27.     In 2010, Marciano fraudulently recruited and enticed Victim 8 to come to a meeting with Marciano. Even though Victim 8 was already a famous GUESS model, the opportunity of a meeting with Marciano was a thing of value to Victim 8.

28.     Once Victim 8 entered "the meeting" Marciano forced himself onto her, grabbed her breasts, and molested her. Following this, Marciano continued to harass Victim 8 and continually attempted to use his sex trafficking scheme on her by arranging meetings with her under the guise of GUESS business. Marciano's harassment and sex trafficking efforts of Victim 8 were open and notorious. On certain occasions, Marciano sexually assaulted Victim 8 in front of photographers and other GUESS employees and officials. Victim 8 continued to rebuff these advances and GUESS removed her from her next shoot.

29.     Despite its knowledge of what Marciano did to Victim 8, GUESS continued to protect and facilitate Marciano's sex trafficking scheme.

30.     Between 2012 and 2017 Marciano sexually assaulted Victim 9, Victim 10, Victim 11, and Victim 12 by using his and GUESS' sex trafficking scheme. These women complained about his conduct in 2018.

31.     GUESS settled at least five sexual assault cases against Marciano in 2018.

32.     In 2018, after an "internal independent investigation" into many allegations of Marciano's sexual misconduct, Marciano was removed from GUESS.

33.     This "removal" was short-lived. In 2019, GUESS invited Marciano back to GUESS so that the two could continue to work together in their successful sex trafficking business.

FIRST AMENDED COMPLAINT

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

34.     Following his return to GUESS, Marciano sexually assaulted at least two more women. Victim 13 (identified as Jane Doe 1 in her lawsuit) accused him of groping her breasts and forcing her to perform oral sex on him after enticing her to be alone with him in his "rape room". Victim 14 (initially identified as Jane Doe 2 in her lawsuit) accused Marciano of asking her to kiss him and touching her bare skin during a shoot.

### GUESS RECRUITS AND ENTICES JANE DOE 3

35.     In February 2013, Jane Doe 3, then aged twenty, met a woman at a hotel when she was visiting in Los Angeles.  When Jane Doe 3 mentioned that she was a model, the woman gave her Marciano's contact information and told her to contact Marciano who would be able to help Jane Doe 3 get modeling jobs. Upon information and belief, this woman was an agent of and paid by GUESS to recruit women for Marciano.

### MARCIANO RECRUITS AND ENTICES JANE DOE 3

36.     In compliance with the instructions of GUESS' agent, Jane Doe 3 contacted Marciano and, after a series of messages, Marciano recruited and enticed her to meet him at a hotel in or near Beverly Hills by sending her an invitation to the hotel via email.  Marciano told Jane Doe 3 that he wanted to meet with her to see if she could model for GUESS and be featured on GUESS billboards in Milan,

Italy.  Jane Doe 3 was very excited about this opportunity to be an international model.

37.    Marciano instructed Jane Doe 3 that when she arrived, she was to go straight to his hotel room.  Jane Doe 3 found this slightly odd, but she followed his directions, reasonably believing that the meeting was a casting and career opportunity.  Jane Doe 3 traveled to the hotel on or about February 8, 2013 and then entered Marciano's hotel suite. Marciano invited her into the living room area for tea.  Jane Doe 3 told Marciano that she loved GUESS' brand and would love to model for them.   Marciano told her that GUESS would book her for some photoshoots.  Jane Doe 3 thanked him and said she was looking to get more into modeling.

## UNDER THE GUISE OF MODELING OPPORTUNITIES AT GUESS, MARCIANO USES FRAUD AND FORCE TO COMMIT SEXUAL ACTS ON JANE DOE 3

38.    Marciano then asked Jane Doe 3 to stand up and pull her dress up so he could assess her body.  Jane Doe 3 did not know what to do but believed this was part of the casting.

39.    Jane Doe 3 pulled her dress up to her stomach so that her underwear was exposed.  Under the guise of pretending to evaluate her body for potential modeling jobs at GUESS, Marciano then forcefully groped her buttocks without

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

her consent and commented that she had a nice body and that he could tell she worked out.  Marciano then, without her consent, forced his hands up to her breasts and said she had "beautiful boobs."  Jane Doe 3 was shocked and started to get scared.  She feared saying no to him as she wanted to get the job with GUESS. She also was not a United States resident at this point, and feared what would happen to her tourist visa if Marciano lashed out against her.

## MARCIANO FRAUDULENTLY ENTICES JANE DOE 3 INTO HIS BEDROOM UNDER THE GUISE OF OFFERING HER AN INTERNATIONAL MODELING JOB AND FORCEFULLY COMMITS A SEXUAL ACT UPON HER

40.    Marciano then told Jane Doe 3 to come with him to talk about the Milan billboard for GUESS in his bedroom.  Jane Doe 3 politely declined and she said she wanted to stay with her tea in the living room.  Marciano said to her, "if you sleep with me, I'm going to give you a billboard in Milan and a lot of campaigns" and "all you have to do is come to the room with me."  He told her that he would make her the next GUESS girl, and said that he had discovered Kate Upton. Jane Doe 3 told him that she was not comfortable going to the bedroom. Marciano then incorporated his own child into the sex trafficking scheme and exclaimed "I have a kid.  I'm really clean; if you sleep with me without a condom, you will be okay."

41.     Marciano finally coerced Jane Doe 3 to come to the bedroom, telling her: "well my dear, either you go through with this or don't get the job."  Jane Doe 3 felt trapped and scared.  She was only twenty years old at the time.  Once Jane Doe 3 reluctantly entered the bedroom, Marciano forcefully pushed her face down on the bed, forcefully pulled her dress up, and forcefully pulled down her underwear, and then forced himself inside of her.  Marciano raped Jane Doe 3.  During the rape, Jane Doe 3 froze out of fear and did not say anything.  Marciano did not use a condom.

42.     After the sexual assault, Marciano told Jane Doe 3 to go to GUESS headquarters where she would be booked for GUESS campaigns and billboards, and she would become a GUESS model.  Jane Doe 3 left the hotel confused and sad.  She genuinely thought that the meeting was a casting, but had instead been sexually assaulted.  She became extremely worried and anxious that Marciano had transmitted a disease to her because he did not use a condom, and got tested when she returned to New York.

43.     GUESS, in accordance with the sex trafficking scheme, then booked Jane Doe 3 for a test shoot while she was still in Los Angeles. The shoot took place on or about February 14, 2013. Jane Doe 3 was relieved that Marciano was not present at this shoot. After the shoot, Jane Doe 3 traveled to Dubai.

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

44.    While in Dubai, Jane Doe 3 received an email stating that "Paul was happy with the shoot" and asked Jane Doe 3 to do another test shoot at GUESS. On or about March 12, 2013, Jane Doe 3 traveled back to Los Angeles from Dubai for her second test shoot at GUESS.

45.    A few days after the second shoot, a GUESS secretary called Jane Doe 3 and told her that she had not been chosen for the campaign and would not be featured on any billboards.  GUESS never paid Jane Doe 3 for the shoots.  The photos from the test shoots were never used by GUESS.  GUESS never booked Jane Doe 3 for a modeling job, campaign, or billboard.

46.    As a result of the sexual assault and GUESS and Marciano's sex trafficking scheme, Jane Doe 3 developed severe anxiety, stress and depression, she became emotionally withdrawn and she suffered from bulimia and insomnia. As a further result, she became easily angered and, at times, aggressive, and she experienced many panic and asthma attacks.

## LEGAL CLAIMS

## Count 1.

## Violation of the Trafficking Victims Protection Act  ("TVPA") (18 U.S.C. §1591) against Paul Marciano

47.    Jane Doe 3 repeats and re-alleges each and every allegation set forth in paragraphs 1-46 as if set forth in full herein.

///

FIRST AMENDED COMPLAINT                 *JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
                                        CASE NO.: 2:21-CV-08382

48.    For decades, Marciano has employed a sex trafficking scheme. This scheme is carried out as follows: 1) Marciano invites the victim somewhere private under the guise of a business opportunity at GUESS; 2) Marciano knows that said meeting is a thing of value to any model due to his status in the industry and at GUESS; 3) Once Marciano has enticed the victim to be alone with Marciano, he uses further recruitment techniques to arouse hope. This includes mentioning potential jobs, asking for the victim's help, promising future jobs in exchange for sex, or simply threatening the victim to think that not doing what Marciano wants would be bad for her career; and 4) Marciano then uses fraud such as pretending to evaluate her body or feel her fabric and/or force, such as forcefully groping and raping, to sexually assault them.

49.    Marciano has a history of allegations against him of the substantially same sex trafficking scheme he perpetrated on Jane Doe 3. For instance, in 2002 Marciano knew that he fraudulently recruited and enticed Victim 5, the seventeen-year old model, to his home under the guise of a "test shoot" and then forcefully sexually assaulted her. Marciano knew that he twice fraudulently recruited and enticed Victim 7 in 2008 into an empty GUESS Mock Store, under the guise of consulting on GUESS clothes, and then used force to kiss and grope her. Marciano knew that he recruited and enticed Victim 8 to a "meeting with him" where he forcefully groped and sexually assaulted her.

50.     Following the incident with Jane Doe 3, Marciano continued to demonstrate this *modus operandi.* In 2021, he fraudulently recruited and enticed Victim 12 (Jane Doe 1) to be alone with him in his "rape room" where he forcefully sexually assaulted her.

51.     Marciano knowingly used the same sex trafficking technique described above to sexually assault Jane Doe 3.

52.     Per Marciano's *modus operandi*, Marciano knowingly recruited and enticed Jane Doe 3 to a hotel room under the guise of helping her modeling career, namely, the promise and potential of a GUESS test shoot and an appearance on an international GUESS billboard in Milan, Italy.

53.     Marciano's invitation to Jane Doe 3, an aspiring model, aroused Jane Doe 3's reasonable expectation of receiving modeling opportunities at GUESS.

54.     Marciano knew that as an aspiring model, Jane Doe 3 would reasonably rely on such statements.

55.     Marciano's promises of career advancement were undoubtedly material because he was very powerful and influential in the fashion industry, so it was perfectly reasonable for aspiring models, such as Jane Doe 3, to rely on them.

56.     The one-on-one meeting with the most powerful man at GUESS was a thing of value to Jane Doe 3 in and of itself.

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
                                                     CASE NO.: 2:21-CV-08382

57.     Marciano's promises of career advancement were relied upon by Jane Doe 3 when she agreed to meet him in a private location.

58.     Jane Doe 3 only accepted Marciano's invitation because she understood the invitation to be an opportunity for career advancement and commercial gain.

59.     Per Marciano's *modus operandi*, Marciano knew, that he would use means of force, threats of force, fraud, and/or coercion to cause Jane Doe 3 to engage in a commercial sex act, just as he had done on multiple prior occasions. Marciano was aware at the initial recruitment or enticement stage that once he got Jane Doe 3 to his hotel room, he would continue to use promises of career gain to sexually assault her. And that is precisely what he did.

60.     Per Marciano's *modus operandi*, Marciano used fraud to sexually assault Jane Doe 3 by coercing her to lift up her dress and be close to him under the guise of him evaluating her body for potential modeling jobs. Marciano then forced his hands upon her and molested her.

61.     Per Marciano's *modus operandi*, Marciano knowingly used fraud to entice Jane Doe 3 to come with him from the living room area of the hotel suite to the bedroom area of the hotel suite by telling her, "Well my dear, either you go through with this or don't get the job."

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

62.     Per Marciano's *modus operandi*, Marciano knowingly used force to sexually assault and rape Jane Doe once he had coerced her into his bedroom under the guise of promises of modeling opportunities, including a billboard in Italy, and career success. The fraud and force were used to cause, or designed to bring about, the sex act. And Marciano was aware and intended that that the fraud and force would cause the sex act.

63.     The forced sex act between Marciano and Jane Doe 3 was the result of a promise by Marciano of career and economic gain. It was thus, a fraudulently forced commercial sex.

64.     Per Marciano's *modus operandi*, during the meeting, Marciano made material promises and assurances that he could and would help Jane Doe 3's careers if she complied with what Marciano wanted her to do. Marciano told her "if you sleep with me, I'm going to give you a billboard and a lot of campaigns" and "all you have to do is come to the room with me" and he told her that he would make her a "GUESS girl."

65.     Marciano's promises, including promises of a billboard in Italy, were made in relation to the international modeling industry which affects interstate and foreign commerce. Marciano's exchange of national and international modeling opportunities for Jane Doe 3, both real and fraudulent, in exchange for sex acts, has a substantial effect on interstate and foreign commerce.

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

66.     Marciano, through GUESS, invited Jane Doe 3 back to Los Angeles, and had her fly internationally to the United States from Dubai for the second test shoot. This completed the commercial aspect of the commercial sex act. This had a substantial effect on interstate and foreign commerce.

67.     Although Jane Doe 3 submitted to Marciano's sexual assault, Marciano did not follow through with his promises of booking her for a GUESS campaign or featuring her on a GUESS billboard in Italy, demonstrating that the promises were fraudulent.

68.     Jane Doe 3's meeting with Marciano and Jane Doe 3's reasonable expectation of getting modeling work from GUESS in the future were both things of value to Jane Doe 3.

69.     As a direct and proximate result of Marciano's unlawful conduct as alleged hereinabove, Jane Doe 3 has suffered physical injury, severe emotional distress, humiliation, embarrassment, mental and emotional distress and anxiety, economic harm and other consequential damages.

70.     As a result of Marciano's heinous and willful conduct, Jane Doe 3 is entitled to compensatory damages, punitive damages, attorney's fees, costs, and all other appropriate relief.

///

///

FIRST AMENDED COMPLAINT

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

## Count 2.

## Violation of the Trafficking Victims Protection Act  ("TVPA") (18 U.S.C. §1591) against GUESS for Knowingly Facilitating and Benefitting from the Sex Trafficking Scheme

71.     Jane Doe 3 repeats and re-alleges each and every allegation set forth in paragraphs 1-70 as if set forth in full herein.

72.     Prior to the sex trafficking of Jane Doe 3, GUESS knew about the allegations of Victim 1, Victim 2, Victim 3, Victim 4, Victim 5, Victim 6, Victim 7, and Victim 8, among many others. GUESS knew that MARCIANO was a serial sex trafficker and instead of stopping him, decided to participate and use Marciano's scheme as a way to benefit GUESS.

73.     GUESS, through its principal, Marciano, knowingly solicited models and prospective models to sexually submit to Marciano's sexual advances in exchange for test shoots, jobs and/or other opportunities at GUESS.

74.     GUESS knowingly rewarded models and prospective models who sexually submitted to Marciano's sexual advances by providing them with modeling test shoots, jobs and/or other opportunities with GUESS and/or by providing them with valuable GUESS gift cards.

75.     Once Marciano successfully recruited, enticed, and then used fraud and force to sexually assault a potential model, he would then instruct GUESS to hire that model for GUESS shoots and campaigns. If Marciano's sex trafficking and

*Jane Doe 3 v. Guess ?, Inc., Paul Marciano, et al.*
                                                              CASE NO.: 2:21-CV-08382

rape scheme was unsuccessful, or he decided she put up too much of a fight, he would instruct GUESS to either not book the potential model or cancel the model's upcoming shoot. On other occasions, Marciano would instruct GUESS to have the model audition a few times, but never give her the job. GUESS knew that this was the basis for modeling decisions by Marciano and complied. GUESS, therefore, knowingly participated in the sex trafficking scheme.

76.     GUESS knowingly paid for the hotel rooms, travel, and other tools MARCIANO used to recruit and entice models into GUESS's sex trafficking scheme. GUESS knew that the hotel room's specific purpose was for Marciano to use his sex trafficking scheme to secure vulnerable models, rape them, and hand them off to be exploited by GUESS.

77.     GUESS knowingly completed the commercial aspect of the sex trafficking scheme by giving jobs and money to those models who complied with Marciano and GUESS' sex trafficking scheme.

78.     Upon information and belief, GUESS knowingly employed and paid an agent with the responsibility of recruiting and enticing potential female models for Marciano to sexually assault and rape.

79.     At the time of Jane Doe 3's incident, GUESS intentionally promoted Marciano publicly as the creative and authoritative face of GUESS so that models

would trust him and believe he had the authority to help their careers. GUESS did this knowingly in order to procure models for Marciano to rape.

80.     GUESS benefitted from this sex trafficking scheme in many ways.

81.     By facilitating Marciano's sex trafficking scheme, GUESS was able to use the sex trafficking process as a means of recruiting and securing vulnerable models to use for their campaigns, who were subject to the whims of Marciano.

82.     By facilitating Marciano's sex trafficking scheme, GUESS had a reliable stream of models being recruited and enticed by Marciano.

83.     By facilitating Marciano's sex trafficking scheme, GUESS was able to keep Marciano happy, which in turn increased the profitability, prestige, and notoriety of the GUESS brand.

84.     Once a sex-trafficked model would make allegations against Marciano, GUESS would step in, pay the model money, and force her to sign an NDA so that the allegations would be kept private. This was done so that GUESS could cover up the sex trafficking scheme, continue to benefit from Marciano's sex trafficking scheme, and would not have to remove him from the company.

85.     Upon information and belief, GUESS also required Marciano's victims to destroy their evidence as part of the settlement agreements. This was done to keep their sex trafficking scheme secret so that it could continue to benefit both GUESS and Marciano.

86.     GUESS hid the settlements with Marciano's sexual assault victims and intentionally failed to disclose them in GUESS' SEC filings. This was done to keep their sex trafficking scheme secret so that it could continue to benefit both GUESS and Marciano.

87.     Upon information and belief, GUESS employed and paid the agent who originally recruited and enticed Jane Doe 3 to contact Marciano. This agent was employed with the purpose of recruiting models for Marciano to sexually assault in exchange for career opportunities at GUESS

88.     GUESS paid for the hotel room that Marciano used to fraudulently and forcefully sexually assault Jane Doe 3, in exchange for career opportunities. GUESS paid for this hotel room knowing that it would be used for this exact purpose, as GUESS had paid for Marciano's hotel rooms and travel for this exact purpose many times before.

89.     Per Marciano's request, GUESS denied Jane Doe 3 any career opportunities after the fraudulent sex trafficking scheme was carried out, but allowed her a few auditions for international and national campaigns so she wasn't immediately aware of the scheme.

90.     GUESS ratified and condoned the sex trafficking scheme carried about by Marciano and GUESS.

91.    GUESS' facilitation of the sex trafficking scheme affected interstate and foreign commerce. GUESS would book travel accommodations across the country and internationally so that Marciano could perpetrate the sex trafficking scheme. GUESS booked certain models who acquiesced to Marciano's sexual attacks to national and international campaigns. GUESS booked other models who were sexually assaulted by Marciano, including Jane Doe 3, to national and international auditions to keep their hopes up and keep them vulnerable.

92.    Per the sex trafficking scheme, GUESS auditioned Jane Doe 3 for national and international campaigns in order to appease her. These national and international auditions affected interstate and foreign commerce. GUESS further paid for the hotel room Marciano used to sexually assault Jane Doe 3. This transaction affected interstate commerce.

93.    Per the sex trafficking scheme, following Marciano's sexual assault of Jane Doe 3, GUESS, at the direction of Marciano, invited Jane Doe 3 back to Los Angeles for the second test shoot. Jane Doe's travel from Dubai to Los Angeles, at the request of GUESS and Marciano to finalize the sex trafficking scheme has a substantial effect on interstate commerce.

94.    GUESS is a global brand. GUESS' sex trafficking scheme, which recruits international and national models to be raped by Marciano in exchange for modeling opportunities, by its nature, affects interstate and foreign commerce.

*JANE DOE 3 v. GUESS ?, INC., PAUL MARCIANO, ET AL.*
CASE NO.: 2:21-CV-08382

95.     As a direct and proximate result of GUESS' unlawful conduct as alleged hereinabove, Jane Doe 3 has suffered physical injury, severe emotional distress, humiliation, embarrassment, mental and emotional distress and anxiety, economic harm and other consequential damages.

96.     As a result of GUESS' heinous and willful conduct, Jane Doe 3 is entitled to compensatory damages, punitive damages, attorney's fees, costs, and all other appropriate relief.

## **Count 3.**

## **Violation of the Trafficking Victims Protection Act ("TVPA") (18 U.S.C. §1591) Against GUESS Under Theory of Vicarious Liability for the Imputed Acts of its CEO and Founder.**

97.     Jane Doe 3 repeats and re-alleges each and every allegation set forth in paragraphs 1-96 as if set forth in full herein.

98.     Marciano is GUESS. GUESS is Marciano. At all material times, Marciano was acting within the scope of his apparent and actual authority from GUESS and within the scope of his employment at GUESS. At all relevant times, Marciano was the highest possible authority at GUESS. Therefore, his acts and knowledge are imputed as acts and knowledge of GUESS.

99.     GUESS is vicariously liable for the acts carried out by its CEO, that are in the course and scope of the CEO's duties.

100.   One of Marciano's duties at GUESS was to recruit and entice models to work for GUESS. Therefore, acts perpetrated by Marciano in furtherance of this duty are vicariously imputed to GUESS. Further, Marciano's knowledge as to how he would carry out this duty is vicariously imputed to GUESS.

101.   Marciano was acting in the authorized, condoned, and ratified course and scope of his position at GUESS when he knowingly recruited and enticed Jane Doe 3 to come to his hotel room under the fraudulent promises of potential career gain.

102.   Marciano was acting in the authorized, condoned, and ratified course and scope of his position at GUESS when he fraudulently molested Jane Doe 3 under the guise of assessing her body for potential model work at GUESS.

103.   Marciano was acting in the authorized, condoned, and ratified course and scope of his position at GUESS when he enticed Jane Doe 3 to come to his hotel bedroom and submit to his sexual advances in exchange for an international GUESS billboard modeling job.

104.   Marciano was acting in the authorized, condoned, and ratified course and scope of his position at GUESS when he carried out the entirety of his sex trafficking scheme against Jane Doe 3.

105.   Marciano's knowledge that he would engage in this scheme, as he had done many times before, is imputed to GUESS.

106.   Marciano was acting in the authorized, condoned, and ratified course and scope of his position at GUESS when he made promises to Jane Doe 3, including promises of a billboard in Italy. These promises were made in relation to the international modeling industry which affects interstate and foreign commerce. Marciano's exchange of national and international modeling opportunities for Jane Doe 3, both real and fraudulent, in exchange for sex acts, has a substantial effect on interstate and foreign commerce.

107.   Marciano was acting in the authorized, condoned, and ratified course and scope of his position at GUESS when he directed GUESS to invite Jane Doe back to Los Angeles from Dubai to finish the commercial aspect of the sex trafficking scheme. This had a substantial effect on interstate and foreign commerce.

108.   As a direct and proximate result of GUESS' unlawful conduct as alleged hereinabove, Jane Doe 3 has suffered physical injury, severe emotional distress, humiliation, embarrassment, mental and emotional distress and anxiety, economic harm and other consequential damages.

109.   As a result of GUESS' heinous and willful conduct, Jane Doe 3 is entitled to compensatory damages, punitive damages, attorney's fees, costs, and all other appropriate relief.

*Jane Doe 3 v. Guess ?, Inc., Paul Marciano, et al.*
CASE NO.: 2:21-CV-08382

1

## **PRAYER FOR RELIEF ON CLAIMS**

2      WHEREFORE, Jane Doe 3 prays that this Court:

3
4      A.      Award Jane Doe 3 all of her damages under The Trafficking Victims

5   Protection Act 18 U.S.C. §1595, the civil remedy for violation of The Trafficking

6   Victims Protection Act 18 U.S.C. §1591, and common law, including compensatory

7
8   damages and punitive damages in an amount to be determined at trial.

9      B.      Award Jane Doe 3 all attorneys' fees, costs and expenses available

10
11   under law;

12      C.      Award Jane Doe 3 all pre-judgment interest and post judgment interest

13
14   available under law; and

15      D.      Award Jane Doe 3 such additional and further relief as this Court may

16
17   deem just and proper.

18

## **JURY DEMAND**

19      Jane Doe 3 demands a trial by jury on all issues triable of right by jury.

20   DATED: February 16, 2022              Respectfully submitted,

21

22

23                                        **THE BLOOM FIRM**

24   By: */s/ Lisa Bloom*

25   Lisa Bloom
     Arick Fudali

26   Alan Goldstein

27   Tiffany Helfman
     Attorneys for Jane Doe 3

28

---

28