Gary Jay Kaufman, Esq. (State Bar No. 92759)
gary@theklg.com
Noam Y. Reiffman, Esq. (State Bar No. 299446)
nreiffman@theklg.com
**THE KAUFMAN LAW GROUP**
1801 Century Park East, Suite 1430
Los Angeles, California  90067
Telephone:  (310) 286-2202
Facsimile:   (310) 712-0023

Shawn Holley, Esq. (State Bar No. 136811)
sholley@kwikhlaw.com
**KINSELLA WEITZMAN ISER KUMP HOLLEY LLP**
808 Wilshire Boulevard, Suite 300
Santa Monica, California  90401
Telephone:  (310) 566-9822
Facsimile:   (310) 566-9873

Attorneys for Defendant,
Paul Marciano

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 3, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PAUL MARCIANO, an individual; GUESS?, INC., a California corporation, and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 2:21-cv-08382-DMG-SK<br><br>**DEFENDANT PAUL MARCIANO'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**<br><br>The Hon. Dolly M. Gee<br><br>Date:  April 15, 2022<br>Time: 9:30 a.m. |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** on April 15, 2022 at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee, United States Judge, in Courtroom 8C of the above-captioned court, located at 350 West 1st Street, Los Angeles, California 90012, Defendant Paul Marciano ("Defendant") will and hereby does move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Jane Doe 3's First Amended Complaint. (Dkt. 23).

The motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the oral argument of counsel, and any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

This motion is made following a conference of counsel pursuant to L.R. 7-3 which took place on March 3, 2022.

Defendant respectfully requests that the Court grant his motion and enter an order dismissing Plaintiff's First Amended Complaint.

Dated: March 10, 2022                      **THE KAUFMAN LAW GROUP**

                                           By: /s/ Gary Jay Kaufman
                                           Gary Jay Kaufman, Esq.
                                           Attorneys for Defendant,
                                           Paul Marciano