Dean Masserman, SBN 137438
Vorzimer/Masserman - Fertility & Family Law Ctr.
23035 Ventura Blvd.
Woodland Hills, California 91364
(818) 999-1950
(818) 999-1955 - fax

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE #3<br><br>Plaintiff(s),<br>v.<br><br>PAUL MARCIANO, GUESS, INC.<br><br>Defendant(s). | CASE NUMBER<br>2:21-CV-08382<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________________

______________________________
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

DocuSigned by:
Dean Masserman
3B0A71D7486D4B3...

03/29/2022 DEAN MASSERMAN, ESQ.
*Date* *Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***